PETER R. BOUTIN, CASB No. 65261
peter.boutin@kyl.com
NATHAN R. JASKOWIAK, CASB No. 248007
nathan.jaskowiak@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone:  (415) 398-6000
Facsimile:  (415) 981-0136

Attorneys for Defendants
CITIGROUP INC. and CITIGROUP GLOBAL MARKETS INC.
(erroneously sued herein as CITIGROUP SMITH BARNEY)

*Pursuant to Civil Local Rule 3-4(a)(1), please refer to the signature page for the complete list of parties represented on this Stipulation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO B. CHANG, | Case No. C 09-2966 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| vs. | |
| CITIGROUP INC., CITIGROUP SMITH BARNEY, CITIGROUP GLOBAL MARKETS, INC., AND DOES 1 TO 5, | |
| Defendants. | |

WHEREAS, on July 1, 2009 Plaintiff GERARDO B. CHANG ("Plaintiff") filed his Complaint in this matter (the "Complaint"); and

WHEREAS, Defendants timely a filed Motion to Dismiss the Complaint on or about August 28, 2009, and the Motion to Dismiss is scheduled to be heard on October 16, 2009 at 9:00 a.m.; and

WHEREAS, an initial Case Management Conference in this matter is also scheduled for October 9, 2009 at 2:30 p.m.; and

WHEREAS, it would be in the interests of judicial economy for the Case Management Conference to be conducted after the hearing on Defendants' Motion to Dismiss;

1  NOW, THEREFORE, pursuant to Civ. L.R. 6-1(b), it is hereby stipulated by and between the
2  Parties to this action, subject to the Court's confirming Order, as follows:
3  The Initial Case Management Conference will be rescheduled for November 6, 2009 at 2:30
4  p.m. All Rule 26 deadlines are reset in accordance with this new date.

**IT IS SO STIPULATED.**

DATED: September 25, 2009

_____
GERARDO B. CHANG

DATED: September 25, 2009

_____
PETER R. BOUTIN
NATHAN R. JASKOWIAK
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
CITIGROUP INC., and CITIGROUP
GLOBAL MARKETS INC. (erroneously sued
  herein as CITIGROUP SMITH BARNEY)

IT IS SO ORDERED.

DATED: _____, 2009

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE