PETER R. BOUTIN, CASB No. 65261
peter.boutin@kyl.com
NATHAN R. JASKOWIAK, CASB No. 248007
nathan.jaskowiak@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Defendants
CITIGROUP INC. and CITIGROUP GLOBAL MARKETS INC.
(erroneously sued herein as CITIGROUP SMITH BARNEY)

*Pursuant to Civil Local Rule 3-4(a)(1), please refer to the signature page for the complete list of parties represented on this Stipulation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERARDO B. CHANG,<br><br>Plaintiff,<br><br>vs.<br><br>CITIGROUP INC., CITIGROUP SMITH BARNEY, CITIGROUP GLOBAL MARKETS, INC., AND DOES 1 TO 5,<br><br>Defendants. | Case No. C 09-2966 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

WHEREAS, on July 1, 2009 Plaintiff GERARDO B. CHANG ("Plaintiff") filed his Complaint in this matter (the "Complaint"); and

WHEREAS, Defendants timely filed a Motion to Dismiss the Complaint on August 28, 2009, and the Motion to Dismiss was heard on October 16, 2009 at 9:00 a.m., at which time the Court granted Defendants' Motion to Dismiss the Complaint with leave to amend;

WHEREAS, Plaintiff filed an Amended Complaint on November 5, 2009;

WHEREAS, Defendants timely filed a Motion to Dismiss the Amended Complaint on November 16, 2009, and the Motion to Dismiss the Amended Complaint is currently scheduled to be

heard on January 22, 2010 at 9 a.m.;

WHEREAS, an Initial Case Management Conference in this matter is scheduled for January 22, 2010 at 2:30 p.m.; and

WHEREAS, it would be in the interests of judicial economy for the Case Management Conference to be conducted after the hearing on Defendants' Motion to Dismiss;

NOW, THEREFORE, pursuant to Civ. L.R. 6-1(b), it is hereby stipulated by and between the Parties to this action, subject to the Court's confirming Order, as follows:

The Initial Case Management Conference will be rescheduled for February ~~19,~~ 26 2010 at 2:30 p.m. All Rule 26 deadlines are reset in accordance with this new date.

**IT IS SO STIPULATED.**

DATED: December 16, 2009

GERARDO B. CHANG (PRO SE)

DATED: December 16, 2009

PETER R. BOUTIN
NATHAN R. JASKOWIAK
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
CITIGROUP INC., and CITIGROUP GLOBAL MARKETS INC. (erroneously sued herein as CITIGROUP SMITH BARNEY)

IT IS SO ORDERED.

DATED: __________, 2009

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 450 Pacific Avenue, San Francisco, California 94133.

On the date indicated below, I served the following documents described as:

**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**Mr. Gerardo B. Chang**
**P.O. Box 27372**
**San Francisco, CA 94127**

☐ **BY OVERNIGHT DELIVERY**: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the above-named persons at the addresses exhibited therewith. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☒ **BY U.S. MAIL:** I enclosed the documents in a sealed envelope or package addressed to the above-named persons at the addresses exhibited therewith. I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

Pursuant to California Rules of Court, Rule 201, I certify that all originals and service copies (including exhibits) of the papers referred to herein were produced and reproduced on paper purchased as recycled, as defined by Section 42202 of the Public Resources Code.

Executed on December 16, 2009 at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

/s/ K'Ann M. Klein
K'ANN M. KLEIN