PETER R. BOUTIN, CASB No. 65261
peter.boutin@kyl.com
NATHAN R. JASKOWIAK, CASB No. 248007
nathan.jaskowiak@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:   (415) 398-6000
Facsimile:     (415) 981-0136

Attorneys for Defendants
CITIGROUP INC. and CITIGROUP GLOBAL MARKETS INC.
(erroneously sued herein as CITIGROUP SMITH BARNEY)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERARDO B. CHANG,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>CITIGROUP INC., CITIGROUP SMITH BARNEY, CITIGROUP GLOBAL MARKETS, INC., AND DOES 1 TO 5,<br><br>　　　　　　　Defendants. | Case No. C 09-2966 SI<br><br>**DEFENDANTS CITIGROUP INC. AND CITIGROUP GLOBAL MARKETS INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>Date: January 22, 2010<br>Time: 9:00 a.m.<br>Dept: Courtroom 10<br>　　　　The Hon. Susan Illston |

　　　　Defendants CITIGROUP INC. and CITIGROUP GLOBAL MARKETS INC. f/k/a/ Salomon Smith Barney Inc. and erroneously sued herein as CITIGROUP SMITH BARNEY (collectively referred to as "Defendants" or "CGMI") hereby submit their Reply in Support of their Motion to Dismiss the Amended Complaint filed by Plaintiff GERARDO B. CHANG ("Mr. Chang").[1]

---

[1] Plaintiff has also sued "Citigroup Smith Barney" which presumably is a reference to Salomon Smith Barney Inc.  Defendant Citigroup Global Markets Inc. was formerly known as Salomon Smith Barney Inc.

KYL_SF497772

## I. REPLY

Mr. Chang has opposed to CGMI's Motion to Dismiss his Amended Complaint by filing a six line opposition that essentially states that he has pled his claims to the best of his ability. He has not set forth any substantive argument to oppose the fact that his claims accrued over seven and a half years ago, and he has not set forth any legal justification for tolling the applicable statute of limitations. Accordingly, CGMI relies upon the arguments set forth in its previously-filed Memorandum of Points and Authorities and respectfully requests that its Motion to Dismiss Plaintiff's Amended Complaint be granted without leave to amend.

DATED:  December 24, 2009          /s/ Nathan R. Jaskowiak
                                                  PETER R. BOUTIN
                                                  NATHAN R. JASKOWIAK
                                                  KEESAL, YOUNG & LOGAN
                                                  Attorneys for Defendants
                                                  CITIGROUP INC. and CITIGROUP
                                                  GLOBAL MARKETS INC.

DEFENDANTS CITIGROUP INC. AND CITIGROUP GLOBAL MARKETS INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT - CASE NO. C 09-2966 SI

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 450 Pacific Avenue, San Francisco, California 94133.

On the date indicated below, I served the following documents described as:

**DEFENDANTS CITIGROUP INC. AND CITIGROUP GLOBAL MARKETS INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**Mr. Gerardo B. Chang**
**P.O. Box 27372**
**San Francisco, CA 94127**

☐ **BY OVERNIGHT DELIVERY**: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the above-named persons at the addresses exhibited therewith. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☒ **BY U.S. MAIL:** I enclosed the documents in a sealed envelope or package addressed to the above-named persons at the addresses exhibited therewith. I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

Pursuant to California Rules of Court, Rule 201, I certify that all originals and service copies (including exhibits) of the papers referred to herein were produced and reproduced on paper purchased as recycled, as defined by Section 42202 of the Public Resources Code.

Executed on December 24, 2009 at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

        /s/ K'Ann M. Klein
       K'ANN M. KLEIN