IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO B. CHANG, | No. C 09-02966 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITIGROUP INC., et al. | |
| Defendant. | |

The Court has dismissed plaintiff's amended complaint with prejudice. Judgment in favor of defendants and against plaintiff is hereby entered in accordance with that order.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 6, 2010

SUSAN ILLSTON
United States District Judge